IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ABERNATHY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. 18-302 |
| | ) | |
| CITY OF PITTSBURGH, et al., | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this 11th day of May, 2018,

IT IS HEREBY ORDERED that on or before June 1, 2018, the parties shall either consent to jurisdiction by the magistrate judge or elect to have a district judge assigned to the case. If the parties are all in agreement as to the consent or district judge option, they should all sign the appropriate section of the Consent to Jurisdiction by United States Magistrate Judge/District Judge Option, found on the Court's Web site, and shall file the form with the Clerk's Office. If the parties do not all agree to the choice, they should each complete a separate election form, copy included herewith, and shall file the form with the Clerk's Office.

s/Robert C. Mitchell
ROBERT C. MITCHELL
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ABERNATHY,          ) | | |
|         Plaintiff,          ) | | |
|                                           ) | | |
| vs                                      ) | Civil Action No. 18-302 | |
|                                           ) | | |
| CITY OF PITTSBURGH, et al.,  ) | | |
|         Defendants.       ) | | |

**(COMPLETE EITHER PART 1 OR PART 2 OF THIS FORM)**

PART 1:  CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____          _____
                                                                                Signature

                                          Print Name:    _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PART 2:  DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____          _____
                                                                                Signature

                                          Print Name:    _____