UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**JOSHUA C. LEWIS**
 CLERK OF COURT                                               IN REPLYING GIVE NUMBER
  412−208−7500                                              OF CASE AND NAMES OF PARTIES

Date: January 4, 2019

**TO:**

**RE:  JOHN ABERNATHY vs. CITY OF PITTSBURGH**
  Case Number:    2:18−CV−00302−RCM

A Notice of Appeal has been filed in the above−referenced case. In accordance with Rule 3e of the Federal Rules of Appellate Procedures, the $5 fee and the $500 docketing fee for the Notice of Appeal must be paid to the District Court.

These fees must be paid unless leave to proceed with the appeal in forma pauperis is granted by either the District Court or the Court of Appeals.

 Very truly yours,
 JOSHUA C. LEWIS
 CLERK OF COURT

By:  **/s/ sdp**
 Deputy Clerk

cc: Patricia S. Dodszuweit, Clerk
 U.S. Court of Appeals
 21400 U.S. Courthouse
 601 Market Street
 Philadelphia, PA 19106